UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cr-00111-4

**United States of America**

v.

**Inder Pal Singh**

**ORDER**

The court referred this matter to United States Magistrate Judge K. Nicole Mitchell for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and a recommendation on the guilty plea. Doc. 405. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the information. *Id.* Defendant waived his right to object to the magistrate judge's findings. *Id.* at 2.

The court accepts the United States magistrate judge's findings of fact and recommendation on the guilty plea. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Inder Pal Singh guilty of count one of the information, charging a violation of 18 U.S.C. §§ 1960 and 2 – operating an unlicensed money transmitting business and aiding and abetting.

*So ordered by the court on May 14, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -